UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: DAVID SANBORN  
    6488 SAWBRIDGE  
    GRAND BLANC  484390000

Case No.: 17-31516-JDA  
Judge: Joel D. Applebaum

### C E R T I F I C A T E  O F  S E R V I C E OF CHAPTER 13 TRUSTEE'S FINAL REPORT

I hereby certify that on the date indicated below, a copy of the Chapter 13 Trustee's Final Report was mailed to the following by First Class Mail:

DAVID SANBORN  
6488 SAWBRIDGE  
GRAND BLANC, MI  48439

I hereby certify that on the date indicated below, a copy of the final report was filed electronically with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Bankruptcy Law Offices  
2425 South Linden Road  
Suite C  
Flint  MI 48532

United States Trustee  
211 West Fort Street Ste 700  
Detroit MI  48226

DATED: 04/12/2023

/s/ TRACEE DENICOLO  
TRACEE DENICOLO  
Office of the Ch. 13 Standing Trustee - Carl L. Bekofske  
400 N. Saginaw St. Suite 331  
Flint, MI  48502  
(810)238-4675